# Court of Appeals
# of the State of Georgia

ATLANTA,  August 16, 2018

*The Court of Appeals hereby passes the following order:*

## A19D0004.   JOSEPH A. COLEMAN, JR. v. PRETIUM MORTGAGE ACQUISITION TRUST et al.

Joseph A. Coleman, Jr., plaintiff in the wrongful foreclosure case below, seeks appellate review of the trial court's order granting the defendants' motion for summary judgment and dismissing the case.[1] We lack jurisdiction because Coleman's application for discretionary appeal is untimely.

An application for discretionary appeal must be filed within 30 days of the entry of the order or judgment to be appealed. See OCGA § 5-6-35 (d). The requirements of OCGA § 5-6-35 are jurisdictional, and this Court cannot accept an application for appeal not made in compliance therewith.  See *Boyle v. State*, 190 Ga. App. 734 (380 SE2d 57) (1989).  Here, the trial court's order was entered on March 27, 2018, and Coleman filed his application on May 29, 2018, which was 63 days later.  His application is thus untimely, and it is hereby DISMISSED for lack of jurisdiction.

---

[1] Coleman filed a "Certificate of Probable Cause" in the Supreme Court, which docketed the filing as an application for discretionary review and transferred the case to this Court.  Case No. S18D1352.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___08/16/2018_____*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ , *Clerk.*